## DIME SAVINGS BANK OF NEW YORK *v.* BARBARA A. WHITING ET AL.
### (AC 16497)

O'Connell, C. J., and Schaller and Daly, Js.

Argued September 29—officially released October 28, 1997

Per Curiam. The judgment is affirmed.

## ANTHONY HOPKINS *v.* COMMISSIONER OF CORRECTION
### (AC 16191)

Lavery, Landau and Dupont, Js.

Argued September 30—officially released October 28, 1997

Per Curiam. The judgment is affirmed.

## STATE OF CONNECTICUT *v.* ARTHUR BRANNEN, JR.
### (AC 15945)

O'Connell, C. J., and Spear and Hennessy, Js.

Argued October 1—officially released October 28, 1997

Per Curiam. The judgment is affirmed.